## **EXHIBIT A**

| **TRANSFEROR** | **DATE** | **AMOUNT** |
|---|---|---|
| Akorn Operating Company, LLC | 1/27/2023 | $529,620.00 |

TOTAL TRANSFERS - $529,620.00